# Exhibit 1

| | |
|---|---|
| **From:** | Rahul Srinivas |
| **To:** | Tracey, Dennis H.; David Moosmann; Greg Wolfe; Carter, Elizabeth C |
| **Cc:** | Winter, William |
| **Subject:** | RE: Sphere v Gryphon |
| **Date:** | Monday, February 26, 2024 4:58:00 PM |
| **Attachments:** | Lancium September.xlsx |

Dennis,

Please see the Lancium September revenues attached. If there are any other documents you need, please provide a list of those as well.

**Rahul Srinivas***

Dontzin Nagy & Fleissig LLP

31 East 62nd Street
New York, NY 10065
(212) 717-2900
rsrinivas@dnfllp.com

*Not yet admitted to practice in New York

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Friday, February 23, 2024 2:35 PM
**To:** David Moosmann <dmoosmann@dnfllp.com>; Greg Wolfe <greg@dnfllp.com>; Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

David:  We also need the revenues for Lancium for September.

**From:** David Moosmann <dmoosmann@dnfllp.com>
**Sent:** Thursday, February 22, 2024 9:30 AM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Greg Wolfe <greg@dnfllp.com>; Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

**[EXTERNAL]**
Dennis,

I'm attaching the Lancium September invoice, which we sent to you last November.  Please let us know if you're referring to something else.

**David Moosmann***
Associate
Dontzin Nagy & Fleissig LLP
31 East 62nd Street

1

New York, NY 10065
O: (212) 717-2900 | M: (850) 294-6435
dmoosmann@dnfllp.com
**\*Admitted only in Texas**

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Thursday, February 22, 2024 8:50 AM
**To:** Greg Wolfe <greg@dnfllp.com>; Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

Greg:  Our client has reviewed the material your client provided relating to the digital wallet and had the following comments.   Would you please provide the requested information and advise on the calculation of USBTC? :

We are still missing Lancium September Data.  We were cut off before we could download.  Sphere only provided October data

USBTC October fee appears incorrect.  Based on actual costs for October of $436,992.48, six days worth of this cost is $82,643.71.  Sphere somehow calculates $84,021.62 which leads to an MSA fee that has no support.  We believe the fee should be $6,473.35 for October for USBTC

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Tuesday, February 20, 2024 2:57 PM
**To:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** Re: Sphere v Gryphon

**[EXTERNAL]**
3 pm is good on Thursday. Thanks for your flexibility.


**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>
**Sent:** Tuesday, February 20, 2024 2:49:07 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>

2

**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

Greg,

We are available on Thursday 2-4 p.m.

Thanks,
Elizabeth

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Tuesday, February 20, 2024 2:38 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

**[EXTERNAL]**
Do you have availability Thursday? I'm fairly jammed tomorrow but have excellent availability Thursday right now.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Monday, February 19, 2024 12:10 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

Greg: I think we will need no more than 10 minutes.

My client advises that he expects to complete the reconciliation and payment by the end of the week. Will keep you posted.

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Monday, February 19, 2024 10:02 AM
**To:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>

**Cc:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Sphere v Gryphon

**[EXTERNAL]**
How long do you think the call will take/what is the agenda?  I am trying to free up space and may be able to do so on Wednesday.  Thursday might be better for me.

Separately, I am writing for the last time on the return of the proceeds of the issue.  The record is clear here.  If we do not have the bitcoin in our possession by EOD Friday (and, to be clear, Gryphon should transfer the bitcoin to Sphere and not convert it to cash), we are going to proceed with a suit that seeks punitive damages and ask the Court for permission to move for summary judgment expeditiously, as there are no material issues of fact in dispute.  Instead, we will only seek discovery on the question of punitive damages.  We will also seek to hold Gryphon responsible for any decline in the price of bitcoin should one occur.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>
**Sent:** Friday, February 16, 2024 4:41 PM
**To:** David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Greg Wolfe <greg@dnfllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** Sphere v Gryphon


Greg, David and Rahul,

We would like to schedule a meet-and-confer on the discovery stay. Can you please let us know of your availability to have such a call on one of the following dates and times:
- Monday, February 19 between 1 pm and 2 pm
- Tuesday, February 20 between 11:30 am and 2 pm
- Wednesday, February 21 between 10 am and 12 pm

Thank you,


Elizabeth


Thank you

4

**Elizabeth Carter**
Counsel

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:     +1 212 918 3000
Direct: +1 212 918 3137
Fax:     +1 212 918 3100
Email: elizabeth.carter@hoganlovells.com
          www.hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

5