# Exhibit 6

# DONTZIN NAGY & FLEISSIG LLP

980 Madison Avenue | New York, New York 10075 | (212) 717 - 2900

Gregory N. Wolfe
greg@dnfllp.com

**VIA EMAIL**

October 16, 2023

Brian D. Koosed, Esq.
Brian.Koosed@klgates.com

Re: **Termination of Master Services Agreement Dated August 19, 2023**

Dear Brian:

We write in follow-up to our letter of October 6, 2023 informing Gryphon of the termination of the MSA (the "Letter"). In the Letter (at 7), Sphere demanded that Gryphon perform three tasks by no later than October 11, 2023:

- Point the hash rate of all Sphere miners, regardless of where they are hosted (including without limitation at Core Scientific and Coinmint) to Sphere's BitGo wallet through the Sphere pool hosted by Foundry.

- Transfer all Sphere digital assets in the possession, custody, or control of Gryphon, including without limitation any Bitcoin held in any wallets utilized for the benefit of Sphere, to Sphere's wallet.

- Transfer all other funds or monies, regardless of form, belonging or otherwise owed to Sphere (including without limitation any fiat currency) to Sphere's bank account

Gryphon has not performed any of these tasks, which it must. Although Gryphon may disagree with the termination of the MSA, it must litigate any disagreement in Court. What it cannot do is resort to self-help. If Gryphon does not comply with Sphere's instructions, Sphere will take all appropriate steps to protect itself, including without limitation asserting conversion claims against Gryphon.

We continue to hope to work constructively with you. As part of that process, please provide the Coinmint invoice for the second half of September 2023 and the latest update for the payment tracker along with wire confirms for the September 2023 true-up invoice from USBTC. Please also provide the latest payment tracker, the latest balance on the Core account, a final reconciliation, and the following wire confirms from Gryphon's bank.

| Description | Amount | Date |
|---|---|---|
| American Group 116165013 | $5,820.00 | 7/8/2023 |
| American Group 116165003 | $5,820.00 | 7/8/2023 |
| American Group 116164923 | $5,820.00 | 7/8/2023 |
| American Group 116164914 | $5,820.00 | 7/8/2023 |
| American Group 116164902 | $5,820.00 | 7/8/2023 |
| Rebel 2427 July 7 | $398,784.00 | 7/8/2023 |
| USBTC AR-INV02437T | $74,135.74 | 7/11/2023 |
| Lancium INV-01262 (July 24) | $239,979.29 | 7/17/2023 |
| USBTC AR-INV02442P | $346,627.08 | 8/3/2023 |

*Brian Koosed, Esq.*                                                                                                   *Page 2 of 2*

| | | |
|---|---|---|
| ACDC 202307-001 | $2,904.84 | 8/3/2023 |
| USBTC AR--INV02454T | $33,598.94 | 8/9/2023 |
| USBTC AR-INV02459P | $335,768.40 | 9/5/2023 |
| Lancium #INV-01285 | $220,277.90 | 9/15/2023 |
| USBTC AR-INV02467T | $279,298.26 | 10/1/2023 |
| Lancium RET-00085 | $13,702.50 | 10/1/2023 |
| ACDC 202308-007 | $2,700.00 | 10/1/2023 |
| ACDC 202309-007 | $2,790.00 | 10/1/2023 |
| USBTC AR-INV02480T | $66,510.57 | |

\*\*\*

I am available to discuss any of these matters. Sphere reserves all rights.

Sincerely,

*/s/ Gregory N. Wolfe*

cc:   Desiree Moore, Desiree.Moore@klgates.com
       Andrew Hinkes, Drew.Hinkes@klgates.com