Exhibit 7

| | |
|---|---|
| **From:** | Greg Wolfe |
| **To:** | Tracey, Dennis H.; Bianchini, Allegra; Rahul Srinivas |
| **Cc:** | David Moosmann |
| **Subject:** | RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang) |
| **Date:** | Tuesday, December 12, 2023 5:26:54 PM |

Dennis/Allegra – I am following up on the transfer. In addition, Patti is asking that the transfer occur in bitcoin rather than cash. Please let me know the ETA.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Greg Wolfe
**Sent:** Monday, December 11, 2023 4:12 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Hi Dennis/Allegra – any update on timing from Gryphon on getting the proceeds to us? We really need to get a date certain.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Monday, November 20, 2023 10:13 AM
**To:** Greg Wolfe <greg@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Greg: We are working on this. Will get back to you shortly. Dennis

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Monday, November 20, 2023 10:10 AM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>

**Cc:** David Moosmann <dmoosmann@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Dennis/Allegra – I am following up on the below.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Greg Wolfe
**Sent:** Tuesday, November 14, 2023 9:59 AM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Allegra/Dennis:

First, I am attaching the relevant invoices from Rebel and Lancium, which you should already have and which should provide sufficient information for Gryphon to calculate its fee for September. Please generate the invoices for that period.

There is no applicable fee for October 7 to the present, which only leaves October 1 – 6 as the period for which Gryphon needs to calculate its fee. We propose the following process:

- Gryphon transfer Sphere's bitcoin, minus the agreed upon September MSA fees, with the understanding that we will true-up any differences as necessary;
- Gryphon transfer the post-October 6 proceeds, which have no associated fee;
- Gryphon transfer the October 1-6 proceeds, with Sphere paying fees on those proceeds when the amount becomes known.

Second, you asked for additional information on the withdrawal. On October 6, 2023, Gryphon cashed out approximately $100,000 in bitcoin. Gryphon has just provided my client with a reconciliation, reflecting that they continue to hold $9,000 on account for Sphere. The $9,000 can be kept to pay down the fees and should be deducted from the September MSA fees.

Third, as far as the miners at Coinmint, your side had actually stated it would provide information to us about what Gryphon wanted to do in light of its contractual obligations with Coinmint. Please let us know, as we are ready to work with Gryphon to ensure minimal disruption.

We have other issues to discuss—including what to do with the miners at Core—but please get back to us on Coinmint first.  In the meantime, Gryphon should (1) point the Coinmint hash rate to Sphere's Foundry account and into Sphere's wallet; and (2) have the Core hash rate to flow through Gryphon's Foundry account and then into Sphere's wallet.

Happy to hop back on the phone.

Thanks,


**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Sent:** Monday, November 13, 2023 2:01 PM
**To:** Rahul Srinivas <rsrinivas@dnfllp.com>; Greg Wolfe <greg@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Greg and Rahul,

Thank you again for the conversation on Friday and thank you for sending the transcripts through. Below is our understanding of the agreed-upon next steps coming out of our conversation.

1. **Remittance of contents of wallet.**  We will await your transmission of the profit information Gryphon needs in order to make the appropriate service fee deductions pursuant to the MSA. Upon receipt of that information, Gryphon will deduct all expenses and service fees, and remit the remainder of the proceeds to Sphere.

2. **$100,000 of proceeds of liquidated coins.**   You agreed to seek clarification as to the alleged liquidation of $100,000 of Sphere coins.   As we stated, our client is unaware of any liquidation of $100,000 of Sphere coins.

3. **Coinmint**.  You agreed to seek clarification from your client as to how they would propose to handle the termination of the Sphere machines at Coinmint.   We agreed not to take any steps on this until we hear back from you.

4. **Sphere Machines Held by Core**.  You agreed to seek further clarification from your client regarding Sphere's desired next steps with regard to redirecting the hashrate for Sphere machines operating at Core.  We agreed not to take any steps on this until we hear back from

you.

5. **Chapter 11 Proceeding Discovery.** You agreed to review the protective order governing the bankruptcy proceeding, and to discuss with other counsel to that proceeding, to understand whether you can send us unsealed versions of the exhibits relating to the Sphere proofs of claim. For the sake of clarity, we are interested in receiving unsealed versions of the documents and exhibits filed at ECF Nos. 1040, 1041, 1045, 1053, and 1098.

Best,
Allegra

---

**From:** Rahul Srinivas <rsrinivas@dnfllp.com>
**Sent:** Friday, November 10, 2023 11:17 AM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Greg Wolfe <greg@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
All,

As discussed on the call, please find attached the transcripts of the hearing on the motion for summary judgment, a hearing on discovery issues.

Best,

Rahul

---

**From:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Sent:** Thursday, November 9, 2023 4:07 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Greg—

Are you available for a call tomorrow? We can speak before 10 AM EST or between 11 and 3:30 EST. Is there a time in there that works for you?

Allegra

---

**From:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>

**Sent:** Wednesday, November 8, 2023 11:23 AM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** David Moosmann <dmoosmann@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** Re: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Greg,

Apologies—today is actually looking tough on our end.  We will follow up to propose another time.

Allegra

**Allegra Bianchini**
Senior Associate
——
**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:    +1 212 918 3000
Direct: +1 212 918 3882
Fax:    +1 212 918 3100
Email:  allegra.bianchini@hoganlovells.com
           www.hoganlovells.com

——


On Nov 8, 2023, at 11:03 AM, Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
wrote:

 Thanks, Greg.  Would today at 4 PM EST work for you?

Best,
Allegra

**Allegra Bianchini**
Senior Associate
——
**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:    +1 212 918 3000
Direct: +1 212 918 3882
Fax:    +1 212 918 3100
Email:  allegra.bianchini@hoganlovells.com
           www.hoganlovells.com

On Nov 8, 2023, at 10:30 AM, Greg Wolfe <greg@dnfllp.com> wrote:

**[EXTERNAL]**
Allegra/Dennis – separately, I want to make sure you are aware of these letters. Can we please find a time to discuss over the phone?

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Sent:** Tuesday, November 7, 2023 11:52 AM
**To:** Greg Wolfe <greg@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

No problem, we understand.

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Tuesday, November 7, 2023 11:51 AM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Agreed. Thanks. Sorry to be a pain on this.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075

O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Sent:** Tuesday, November 7, 2023 11:47 AM
**To:** Greg Wolfe <greg@dnfllp.com>; David Moosmann
<dmoosmann@dnfllp.com>
**Cc:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Rahul Srinivas
<rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition
(Gryphon, R. Chang)

Greg,

Apologies for the delay.  The delay was due to ECF logistical difficulties.
We've been in touch with the clerk who is requiring that we change the
title of the document to the attached or the filing will be rejected.  Can
you confirm you agree to the edit?

Allegra

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Tuesday, November 7, 2023 10:49 AM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; David
Moosmann <dmoosmann@dnfllp.com>
**Cc:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Rahul Srinivas
<rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition
(Gryphon, R. Chang)

**[EXTERNAL]**
Hi Allegra – can we place get the stipulation on file?  What is the hold up?

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Sent:** Monday, November 6, 2023 7:56 PM
**To:** David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Greg Wolfe <greg@dnfllp.com>; Tracey, Dennis H.

<dennis.tracey@hoganlovells.com>; Rahul Srinivas
<rsrinivas@dnfllp.com>
**Subject:** Re: Core/Sphere | Notices of Subpoena to Testify at a Deposition
(Gryphon, R. Chang)

Writing to update that the stip will be on file tomorrow morning.  Hope
you all have a good evening.

Allegra

**Allegra Bianchini**
Senior Associate
—
**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:    +1 212 918 3000
Direct: +1 212 918 3882
Fax:    +1 212 918 3100
Email:  allegra.bianchini@hoganlovells.com
        www.hoganlovells.com
        —


On Nov 6, 2023, at 7:17 PM, David Moosmann
<dmoosmann@dnfllp.com> wrote:


**[EXTERNAL]**
Thanks—much appreciated.

**From:** Bianchini, Allegra
<allegra.bianchini@hoganlovells.com>
**Sent:** Monday, November 6, 2023 7:15 PM
**To:** David Moosmann <dmoosmann@dnfllp.com>; Greg
Wolfe <greg@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Yes—apologies for the delay.  We anticipate getting in on
the record before midnight, so it should have today's date.

**From:** David Moosmann <dmoosmann@dnfllp.com>
**Sent:** Monday, November 6, 2023 6:39 PM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>;
Greg Wolfe <greg@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Hi Allegra,

We just wanted to get the status on this. Will you be getting
the dismissal stip on file today? Let us know if you need
anything else from us.

---

**From:** Bianchini, Allegra
<allegra.bianchini@hoganlovells.com>
**Sent:** Monday, November 6, 2023 4:31 PM
**To:** David Moosmann <dmoosmann@dnfllp.com>; Greg
Wolfe <greg@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Many thanks, we will file.

---

**From:** David Moosmann <dmoosmann@dnfllp.com>
**Sent:** Monday, November 6, 2023 4:18 PM
**To:** Bianchini, Allegra <allegra.bianchini@hoganlovells.com>;
Greg Wolfe <greg@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Allegra,

Here's the stipulation.

---

**From:** Bianchini, Allegra
<allegra.bianchini@hoganlovells.com>

**Sent:** Monday, November 6, 2023 3:16 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann
<dmoosmann@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Greg,

Please see the proposed stip attached.  If it looks good to
you, please execute and return to us and we will get a fully
executed version on file today.

Allegra

---

**From:** Bianchini, Allegra
**Sent:** Monday, November 6, 2023 2:11 PM
**To:** 'Greg Wolfe' <greg@dnfllp.com>; Tracey, Dennis H.
<dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann
<dmoosmann@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Greg,

Yes, the proposed stip is forthcoming.  Thanks so much.

Allegra

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Monday, November 6, 2023 2:07 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann
<dmoosmann@dnfllp.com>; Bianchini, Allegra
<allegra.bianchini@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Allegra – separately, can you send us the proposed
defamation stip when you have a chance?

**Greg Wolfe**

Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Monday, November 6, 2023 8:06 AM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

That's fine.  We'll send this morning.

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Sunday, November 5, 2023 5:31 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Subject:** Re: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
I don't know that that is needed. I think it can simply say you drop the defamation claim and we drop antislapp claim respectively and the respectively parties bear all fees and costs incurred in connection with those claims. Sound good?

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Sunday, November 5, 2023 5:26:35 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>; Bianchini, Allegra

<allegra.bianchini@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Ok we will incorporate the existing schedule into the stip.

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Sunday, November 5, 2023 5:16 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
We'll be moving to dismiss the negligence and implied covenant counts on Nov. 9.  We will not be moving to dismiss the ordinary breach count, but understand that discovery is stayed, as is the time to answer, pending resolution of the motion

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Sunday, November 5, 2023 5:11 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Greg:  We'll send over first thing in the morning.    Do we need to build in time for a motion to dismiss the other counts or will you be answering?

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Sunday, November 5, 2023 5:06 PM

**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Dennis – just following up on this, as we need to get a stipulation on file expeditiously given our upcoming MTD deadline.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Greg Wolfe
**Sent:** Saturday, November 4, 2023 10:54 AM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Dennis –

Hope youre having a good weekend.  I have connected with my client and we are in agreement that the parties should extricate themselves from the defamation claim.  Can your team please prepare the appropriate stipulation so we can get in on file Monday?  Please also cc Rahul and David on my team going forward and let us know who else we should email on your team.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Friday, November 3, 2023 4:28 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Sure.

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Friday, November 3, 2023 4:11 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
How about 4:30?  Want to call my cell?  9172829481

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Friday, November 3, 2023 3:28 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)


Greg:  Yes, happy to have a call.  I'm free this afternoon from 4:30 – 5 and 5:30 – 6, if any of those times work.  Dennis

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Friday, November 3, 2023 1:50 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Subject:** FW: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

**[EXTERNAL]**
Dennis – may we have a call at some point.  Thanks.

Separately, I understand your firm has been working with mine on a matter for JPM – I have heard great things.

Look forward to chatting.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Calabrese, Christine <Christine.Calabrese@weil.com>
**Sent:** Friday, November 3, 2023 12:52 PM
**To:** Tracey, Dennis (EXTERNAL) <dennis.tracey@hoganlovells.com>
**Cc:** Harper, Ashley <AshleyHarper@andrewskurth.com>; Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy <tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>; Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Menon, Asha <Asha.Menon@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Greg Wolfe <greg@dnfllp.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at a Deposition (Gryphon, R. Chang)

Dennis,

Please provide dates in late November for the depositions of Gryphon and Rob Chang.  We are willing to discuss location, and are amenable to New York if that works for all.

Best,
Christine


**Christine Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** Koosed, Brian D. <Brian.Koosed@klgates.com>

**Sent:** Friday, November 3, 2023 12:09 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>;
Greg Wolfe <greg@dnfllp.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>; Haddox, Kodey M.
<Kodey.Haddox@klgates.com>; Moore, Desiree F.
<Desiree.Moore@klgates.com>; Hinkes, Andrew M.
<Drew.Hinkes@klgates.com>; Tracey, Dennis (EXTERNAL)
<dennis.tracey@hoganlovells.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

All,

Dennis Tracey at Hogan Lovells will be representing
Gryphon Digital Mining in this matter going forward.
Please contact Dennis regarding any deposition of
Gryphon and/or Rob Chang in connection with the
Core bankruptcy case.  For everyone's convenience, I
have copied Dennis on this email.  Please remove all
K&L Gates lawyers from this thread going forward.

Thank you.

BDK

---

**From:** Koosed, Brian D. <Brian.Koosed@klgates.com>
**Sent:** Monday, October 30, 2023 12:59 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>;
Greg Wolfe <greg@dnfllp.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
PEREZ, ALFREDO (EXTERNAL)
<ALFREDO.PEREZ@WEIL.COM>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>; Haddox, Kodey M.

<Kodey.Haddox@klgates.com>; Moore, Desiree F.
<Desiree.Moore@klgates.com>; Hinkes, Andrew M.
<Drew.Hinkes@klgates.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

All,

Thanks for the various emails.  I am in the midst of a
fire drill for Judge Rakoff that should conclude very late
tomorrow night.  We will speak with our client thereafter
and aim to provide clarity on timing/location of
depositions, and any objections on scope, by end of
the week.  Thank you.

BDK

**From:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>
**Sent:** Monday, October 30, 2023 12:37 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
PEREZ, ALFREDO (EXTERNAL)
<ALFREDO.PEREZ@WEIL.COM>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>; Haddox, Kodey M.
<Kodey.Haddox@klgates.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>; Moore, Desiree F.
<Desiree.Moore@klgates.com>; Hinkes, Andrew M.
<Drew.Hinkes@klgates.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Thanks Greg.  Agree we should work together on all the
deposition dates.

On Gryphon, their lawyers are on this email chain.  Brian, et
al, please let us know what your views are on dates and
whether you are going to object to the deposition(s).  Thanks
very much.

&lt;image001.jpg&gt;

**Theodore E. Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
theodore.tsekerides@weil.com
+1 212 310 8218 Direct
+1 516 398 0510 Mobile
+1 212 310 8007 Fax

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Monday, October 30, 2023 12:27 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>; Haddox, Kodey M.
<Kodey.Haddox@klgates.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>; Moore, Desiree F.
<Desiree.Moore@klgates.com>; Hinkes, Andrew M.
<Drew.Hinkes@klgates.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Ted –

As I said in my email, we are willing to work with you on date
and place.  That goes for all the depositions we just noticed
of Core's witnesses.  Please let us know what works for your
witnesses when you know (is later this week feasible?) and
we can find something that is workable.

On Gryphon, we are fine so long as it is more than 14 days
from when we served the subpoena, given that that is how
long it has to object to our topics under the scheduling
order.  Note, I don't believe your subpoena gave them that
14 days, but it does not really matter, as the deposition will
now occur outside that 14 day band.

Do you want to reach out to Gryphon to see what works for
them?

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>
**Sent:** Monday, October 30, 2023 12:15 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
Perez, Alfredo <alfredo.perez@weil.com>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>; Haddox, Kodey M.
<Kodey.Haddox@klgates.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>; Moore, Desiree F.
<Desiree.Moore@klgates.com>; Hinkes, Andrew M.
<Drew.Hinkes@klgates.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Thanks Greg.  We are obviously going to need Brian and
others representing Gryphon to weigh in on this.

We saw you noticed the Gryphon and Chang depositions for
December 5 and 6 (notice on Chang says 5 but subpoena
says 6) but we do not believe it is reasonable to have to wait
until then for these depositions.  We served our subpoenas
sooner and sought a date for next week.  While we have
agreed to work with Gryphon and you to find a different
date, we need available dates for Gryphon in November.
This is really a matter of when the Gryphon 30(b)(6)
witnesses and/or Mr. Chang are available and so we ask
Gryphon's counsel on this email to let us know what dates its
witness(es) can be available in November and we can take it
from there.

Thanks very much.

**Theodore E. Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
theodore.tsekerides@weil.com
+1 212 310 8218 Direct
+1 516 398 0510 Mobile
+1 212 310 8007 Fax

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Friday, October 27, 2023 11:09 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
Koosed, Brian D. <Brian.Koosed@klgates.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>
**Subject:** RE: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Thanks Ted.  On Gryphon, we're happy to try to coordinate
as soon as this weekend or Monday to get something on the
calendar.

On Levin, we were actually just now writing in response to
Christine's email, which posed the same question.  I candidly
do not know.  He did not respond to the subpoena and our
informal attempts to get him to comply have failed.  We are
assessing our options.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

**From:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>
**Sent:** Friday, October 27, 2023 11:01 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Calabrese, Christine <Christine.Calabrese@weil.com>;
Harper, Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad <TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon <BBell@hunton.com>;
Koosed, Brian D. <Brian.Koosed@klgates.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson, Clifford
<Clifford.Carlson@weil.com>; Menon, Asha
<Asha.Menon@weil.com>
**Subject:** Re: Core/Sphere | Notices of Subpoena to Testify at
a Deposition (Gryphon, R. Chang)

Greg, we served a subpoena with a date and location
pursuant to the rules. They are not set in stone and, as
Christine said, we are willing to discuss dates. It's not that
complicated. We will work with you and Gryphon's counsel
but we would like to get a date on calendar soon.

On Levin, is that expected to go forward on the date you
noticed? Are you open to coordinating dates on that too?

Thanks.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile

> On Oct 27, 2023, at 10:36 PM, Greg Wolfe
> <greg@dnfllp.com> wrote:
>
> Christine –
>
> It isn't clear unless you actually say you wont
> go forward on those dates. Being willing "to

discuss" is not the same.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Calabrese, Christine
<Christine.Calabrese@weil.com>
**Sent:** Friday, October 27, 2023 10:34 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Harper,
Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad
<TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon
<BBell@hunton.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>
**Cc:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson,
Clifford <Clifford.Carlson@weil.com>; Menon,
Asha <Asha.Menon@weil.com>
**Subject:** RE: Core/Sphere | Notices of
Subpoena to Testify at a Deposition (Gryphon,
R. Chang)

Greg,

I think my response was clear.  We're willing to
discuss deposition dates and locations that
work for all parties.

**Christine Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** Greg Wolfe <greg@dnfllp.com>

**Sent:** Friday, October 27, 2023 9:59 PM
**To:** Calabrese, Christine
<Christine.Calabrese@weil.com>; Harper,
Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad
<TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon
<BBell@hunton.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>
**Cc:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson,
Clifford <Clifford.Carlson@weil.com>; Menon,
Asha <Asha.Menon@weil.com>
**Subject:** RE: Core/Sphere | Notices of
Subpoena to Testify at a Deposition (Gryphon,
R. Chang)

Thanks for confirming what you are willing to
do "generally." In this instance, please confirm
you are not planning on going forward on
November 6 and 7 and will instead work with
us and Gryphon to find a date and location that
works for all.

I spoke to Gryphon's counsel tonight and can
confirm they are amenable to moving the
date. My understanding is that is their strong
preference and I believe would side with us on
the issue if we have to go to court on Monday
to seek to move the deposition date for the
reasons outlined in my email from earlier
today.

Based on our discussion, I believe they will be
open to a deposition in New York, although
their counsel said he would have to discuss
with his client.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481

greg@dnfllp.com

---

**From:** Calabrese, Christine
<Christine.Calabrese@weil.com>
**Sent:** Friday, October 27, 2023 9:43 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Harper,
Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad
<TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon
<BBell@hunton.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>
**Cc:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson,
Clifford <Clifford.Carlson@weil.com>; Menon,
Asha <Asha.Menon@weil.com>
**Subject:** RE: Core/Sphere | Notices of
Subpoena to Testify at a Deposition (Gryphon,
R. Chang)

Greg,

Generally speaking, we are willing to discuss
deposition dates and locations.  On the
Gryphon notices, we selected a location that is
within 100 miles of Gryphon's Delaware
registered agent.  If Gryphon's witnesses are
willing to be deposed in New York, that's fine
with us.


**Christine Calabrese**

Weil, Gotshal & Manges LLP
+ 1 212 310-8083 Direct
+1 202 213-7892 Mobile

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Friday, October 27, 2023 3:52 PM
**To:** Calabrese, Christine
<Christine.Calabrese@weil.com>; Harper,
Ashley <AshleyHarper@andrewskurth.com>;

Davidson, Tad
<TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon
<BBell@hunton.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>
**Cc:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson,
Clifford <Clifford.Carlson@weil.com>; Menon,
Asha <Asha.Menon@weil.com>
**Subject:** RE: Core/Sphere | Notices of
Subpoena to Testify at a Deposition (Gryphon,
R. Chang)

Christine – I understand you will be discussing
the below with your client and will be getting
back to us.

So you are aware, we intend to serve counter-
subpoenas on Mr. Chang and Gryphon,
respectively, today.  They will designate a
different date for compliance and a different
place of compliance.  However, to be clear, we
are willing to negotiate a place and time for the
depositions that work for all parties
concerned.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Greg Wolfe
**Sent:** Friday, October 27, 2023 3:39 PM
**To:** Calabrese, Christine
<Christine.Calabrese@weil.com>; Harper,
Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad
<TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon
<BBell@hunton.com>; Koosed, Brian D.

<Brian.Koosed@klgates.com>
**Cc:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson,
Clifford <Clifford.Carlson@weil.com>; Menon,
Asha <Asha.Menon@weil.com>
**Subject:** RE: Core/Sphere | Notices of
Subpoena to Testify at a Deposition (Gryphon,
R. Chang)

Christine:

Are these depositions in Washington DC—
where no party is based—for November 6 and
7 set in stone or are you still working on
scheduling?  If they are set in stone, we will
have an issue.  This is not sufficient notice to us
(or frankly the non-party) and we intend to
cross-notice both Gryphon and Mr. Chang.  We
would expect Core to work with us on dates
that work for all sides.  Adding to our notice
concern, it appears that these subpoenas were
served on the non-parties on October 24 ,yet
we are only receiving notice days later, on
October 27, Friday afternoon.  Please confirm
today you will not be proceeding on November
6 and 7 and instead will work with us to find
dates that work for all concerned.

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

---

**From:** Calabrese, Christine
<Christine.Calabrese@weil.com>
**Sent:** Friday, October 27, 2023 3:01 PM
**To:** Greg Wolfe <greg@dnfllp.com>; Harper,
Ashley <AshleyHarper@andrewskurth.com>;
Davidson, Tad
<TadDavidson@andrewskurth.com>; Rahul
Srinivas <rsrinivas@dnfllp.com>; Tibor Nagy
<tibor@dnfllp.com>; Bell, Brandon

<BBell@hunton.com>; Koosed, Brian D.
<Brian.Koosed@klgates.com>
**Cc:** Tsekerides, Theodore
<theodore.tsekerides@weil.com>; Perez,
Alfredo <alfredo.perez@weil.com>; Carlson,
Clifford <Clifford.Carlson@weil.com>; Menon,
Asha <Asha.Menon@weil.com>
**Subject:** Core/Sphere | Notices of Subpoena to
Testify at a Deposition (Gryphon, R. Chang)

Counsel,

Please see attached.

<image001.jpg>

**Christine A. Calabrese**
Associate
Pronouns: She/her/hers

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
christine.calabrese@weil.com
+1 212 310 8083 Direct
+1 202 213 7892 Mobile

---

The information contained in this email message
is intended only for use of the individual or entity
named above. If the reader of this message is not
the intended recipient, or the employee or agent
responsible to deliver it to the intended recipient,
you are hereby notified that any dissemination,
distribution or copying of this communication is
strictly prohibited. If you have received this
communication in error, please immediately notify
us by email, postmaster@weil.com, and destroy
the original message. Thank you.

---

The information contained in this email message
is intended only for use of the individual or entity
named above. If the reader of this message is not
the intended recipient, or the employee or agent
responsible to deliver it to the intended recipient,

you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com,

and destroy the original message. Thank you.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Brian.Koosed@klgates.com.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

<2023.10.16 Instruction Letter.pdf>
<2022.10.06 Sphere Termination Letter to Gryphon.pdf>
<Exhibits 1-15.pdf>