# Exhibit 9

| | |
|---|---|
| **From:** | Greg Wolfe |
| **To:** | Tracey, Dennis H.; David Moosmann |
| **Cc:** | Bianchini, Allegra; Wynne, Rick; Winter, William; Rahul Srinivas |
| **Subject:** | RE: Gryphon/Sphere |
| **Date:** | Monday, January 22, 2024 9:10:55 AM |

Dennis –

Thanks for your email.  There is a discovery stay in place, so I'm not sure the point of a call now, especially when my client is thin on resources.  We'll be happy to engage in that discussion at an appropriate point, however.

Please advise when your client will be transferring the proceeds or if it contends it still needs more information before it engages in the transfer.  As it stands, this is simply blatant conversion.  I'd really rather avoid spending both sides' money on dealing with this in court, if possible.

Best,

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481

greg@dnfllp.com

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Friday, January 19, 2024 4:21 PM
**To:** David Moosmann <dmoosmann@dnfllp.com>
**Cc:** Greg Wolfe <greg@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Wynne, Rick <richard.wynne@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** RE: Gryphon/Sphere


The week is now over.  Please get back to me with a time for a call.

**From:** David Moosmann <dmoosmann@dnfllp.com>
**Sent:** Wednesday, January 17, 2024 5:34 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Greg Wolfe <greg@dnfllp.com>; Bianchini, Allegra <allegra.bianchini@hoganlovells.com>; Wynne, Rick <richard.wynne@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>
**Subject:** Gryphon/Sphere

**[EXTERNAL]**

1

Dennis,

I'm writing regarding your request for a call.  Greg asked me to let you know that he is in Delaware for a hearing but will get back to you by the end of the week.

David

**David Moosmann\***
Associate
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (850) 294-6435
dmoosmann@dnfllp.com
**\*Admitted only in Texas**

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

2