# Exhibit 10

# Rahul Srinivas

| | |
|---|---|
| **From:** | Tracey, Dennis H. <dennis.tracey@hoganlovells.com> |
| **Sent:** | Friday, February 9, 2024 12:20 PM |
| **To:** | Greg Wolfe |
| **Cc:** | Carter, Elizabeth C; Winter, William; Rahul Srinivas; David Moosmann |
| **Subject:** | RE: Sphere Motion to Dismiss |
| **Attachments:** | Gryphon - Stipulation and Order of Voluntary Dismissal.docx |

Greg:   Our client has instructed us to discontinue the claims subject to the motion to dismiss with prejudice.  Attached is a proposed stipulation.  Please sign and return it, or let me know if you have any comments.

We have reached out to our client on the return of the proceeds and will report back when we obtain any information.  I understand that the client closed a transaction yesterday, so it may be next week before we hear back.

Regards,

**Dennis H. Tracey, III**
One Americas Operations Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017

Direct:   +1 212 918 3524
Mobile:  +1 917 628 3438
Email:   dennis.tracey@hoganlovells.com

---

**From:** Greg Wolfe <greg@dnfllp.com>
**Sent:** Thursday, February 8, 2024 12:51 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Cc:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>; Rahul Srinivas <rsrinivas@dnfllp.com>; David Moosmann <dmoosmann@dnfllp.com>
**Subject:** RE: Sphere Motion to Dismiss

**[EXTERNAL]**
Dennis:

Can you please let me know what you want to meet-and-confer about specifically?  I don't generally meet-and-confer on motions to dismiss after they have been filed.  If you want an extension to respond, I would be happy to provide it.

Next, can you please answer my question, reiterated numerous times, regarding when Gryphon will be returning the proceeds?  I have not heard any contention that Gryphon requires further information to calculate its fees from pre-October 6, 2023 and there has never been an argument that anything prevented Gryphon from transferring the proceeds post-October 6, 2023.

At this point, the only conclusion to be drawn is that this is pure, bad faith theft.  If we have to bring an action for conversion, we will be seeking punitive damages, which the limitation of liability will not preclude.  *I.C.C. Metals, Inc. v. Municipal Warehouse Co.*, 409 N.E.2d 849, 853 (N.Y. 1980) ("Although public policy will in many situations countenance voluntary prior limitations upon that liability which the law would otherwise impose upon one who acts carelessly . . . such prior limitations may not properly be applied so as to diminish one's liability for injuries resulting from an affirmative and intentional act of misconduct . . . such as a conversion.").

Finally, please cc my colleagues David and Rahul on communications.

Thanks,

**Greg Wolfe**
Partner
Dontzin Nagy & Fleissig LLP
31 East 62nd Street
New York, NY 10065
O: (212) 717-2900 | M: (917) 282-9481
greg@dnfllp.com

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Wednesday, February 7, 2024 5:23 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>
**Subject:** RE: Sphere Motion to Dismiss


Greg:  Following up on this.  Thanks.

**From:** Tracey, Dennis H.
**Sent:** Tuesday, February 6, 2024 3:51 PM
**To:** Greg Wolfe <greg@dnfllp.com>
**Cc:** Carter, Elizabeth C <elizabeth.carter@hoganlovells.com>; Winter, William <william.winter@hoganlovells.com>
**Subject:** Sphere Motion to Dismiss

Greg:  We'd like to have a call to discuss your motion to dismiss.   Please let us know when you are available.  Thanks.  Dennis

**Dennis H. Tracey, III**
One Americas Operations Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017

Direct:   +1 212 918 3524
Mobile:  +1 917 628 3438
Email:    dennis.tracey@hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.