IH-32 Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

| Plaintiff | Case Number |

vs.

Defendant

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |

vs.

Defendant

Page 1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

On April 7, 2023, Plaintiff Sphere 3D Corp. ("Sphere") filed suit against Defendant Gryphon Digital Mining ("Gryphon") alleging breach of contract of a Master Services Agreement (the "MSA"), breach of the implied covenant of good faith and fair dealing, and breach of fiduciary duty. On June 15, 2023, Sphere filed an amended complaint.

On August 22, 2023, Gryphon asserted counterclaims alleging breach of contract, breach of the implied covenant of good faith and fair dealing, negligence, and defamation. On November 7, 2023, Gryphon voluntarily dismissed its defamation claim. Gryphon has amended its complaint several times, and on December 14, 2023, added a second breach of contract claim. On February 2, 2024, Sphere filed a partial motion to dismiss the first

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Related Action was filed on April 7, 2023 and involves the same parties and many of the same facts. To the extent any discovery is necessary, there will likely be significant overlap between this action and the Related Action such that coordination would be appropriate.

As detailed in the Related Action, Gryphon breached its fiduciary duties to Sphere as well as its contractual obligations to provide management services owed to Sphere under the MSA dated August 19, 2021, as subsequently amended on December 29, 2021.

The claims at issue here arose after the filing of the Complaint and subsequent Amended Complaint by Sphere. Specifically, in this action, Sphere asserts that, following its termination of the MSA on October 6, 2023, Gryphon converted its assets.

Signature: Gregory N. Wolfe Date: 03/20/24

Firm: Dontzin Nagy & Fleissig, LLP