AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SPHERE 3D CORP. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-02074 |
| GRYPHON DIGITAL MINING, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GRYPHON DIGITAL MINING, INC.

Date:   04/11/2024

/s/ Dennis H. Tracey, III
*Attorney's signature*

Dennis H. Tracey, III (1851371)
*Printed name and bar number*
Hogan Lovells US LLP
390 Madisone Avenue
New York, New York 10017

*Address*

dennis.tracey@hoganlovells.com
*E-mail address*

(212) 918-3000
*Telephone number*

(212) 918-3100
*FAX number*