UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

SPHERE 3D CORP.,

*Plaintiff and Counterclaim-Defendant,*

v.

GRYPHON DIGITAL MINING, INC.,

*Defendant and Counterclaim-Plaintiff.*

------------------------------------------------------

Case No. 1:24-cv-02074-PKC

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that Plaintiff's Complaint is voluntarily dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own costs and fees incurred.

1

Dated: April 15, 2024

*/s/ Dennis H. Tracey, III*

Dennis H. Tracey, III
Elizabeth Carter
William Winter
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
dennis.tracey@hoganlovells.com
elizabeth.carter@hoganlovells.com
william.winter@hoganlovells.com

*Attorneys for Gryphon Digital Mining, Inc.*

Dated: April 15, 2024

*/s/ Gregory N. Wolfe*

Tibor L. Nagy, Jr.
Gregory N. Wolfe
Rahul Srinivas (pro hac vice forthcoming)
David Moosmann (pro hac vice forthcoming)
DONTZIN NAGY & FLEISSIG LLP
31 E 62nd Street
New York, NY 10065
T +1 212 717 2990
tibor@dnfllp.com
greg@dnfllp.com
rsrinivas@dnfllp.com
dmoosmann@dnfllp.com

*Attorneys for Sphere 3D Corp.*

SO ORDERED:

_____
Hon. P. Kevin Castel, U.S.D.J.

4-15-24

2